# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reeves, Carlton W. | Southern District of Mississippi | 8/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge- - Active | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

501 E. Court Street
Suite 5.550
Jackson, MS 39201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner/Director | North Congress Properties, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 8/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | North Congress Properties, LLC (Rental Income) | $3,622.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 8/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Commercial Bank | Mortgage on Property, Jackson, MS (Part VII, Line 45) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 8/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T, Common | A | Dividend | J | T | | | | | |
| 2. Analong Device Inc. (ADI), Common | A | Dividend | J | T | | | | | |
| 3. Caterpillar (CAT), Common | A | Dividend | J | T | | | | | |
| 4. Chevron (CVX), Common (X) | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 5. Discover Financial Svcs (DFS), Common | A | Dividend | J | T | | | | | |
| 6. Facebook, Inc. (FB), Common | A | Dividend | J | T | | | | | |
| 7. GE, Common | A | Dividend | J | T | | | | | |
| 8. Intel Corp. (INTC), Common | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson (JNJ), Common | A | Dividend | J | T | | | | | |
| 10. Kraft Food Grp, Inc. (KRFT), Common (X) | A | Dividend | | | | | | | |
| 11. Kraft Heinz Co. (KHC), Common (X) | A | Dividend | J | T | Merged (with line 10) | 07/06/15 | J | | |
| 12. Kroger (KR), Common | A | Dividend | J | T | | | | | |
| 13. McDonalds Corp. (MCD), Common | A | Dividend | J | T | | | | | |
| 14. Merck (MRK), Common | A | Dividend | J | T | | | | | |
| 15. Microsoft (MSFT), Common | A | Dividend | J | T | | | | | |
| 16. Morgan Stanley (MS), Common | A | Dividend | J | T | | | | | |
| 17. Pepsico (PEP), Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 8/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Procter & Gamble (PG), Common | A | Dividend | J | T | | | | | |
| 19. Qualcomm Inc. (QCOM), Common | A | Dividend | J | T | | | | | |
| 20. Sanderson Farms (SAFM), Common | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 21. 3M Company (MMM), Common | A | Dividend | K | T | | | | | |
| 22. Trustmark Corp (TRMK), Common | A | Dividend | J | T | | | | | |
| 23. Under Armour Inc. (UA), Common | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 24. YUM Brands, Inc. (YUM), Common | A | Dividend | K | T | | | | | |
| 25. First Commercial Bank, Common | A | Dividend | K | T | | | | | |
| 26. Columbia Acorn Themorstat (CTFAX), Mutual Fund | B | Dividend | L | T | | | | | |
| 27. FAGOX (IRA), Mutual Fund | C | Distribution | K | T | | | | | |
| 28. FAEGX (IRA), Mutual Fund | A | Int./Div. | K | T | | | | | |
| 29. FSOAX (IRA), Mutual Fund | A | Dividend | K | T | | | | | |
| 30. Met Life Ins. Co. PPA Variable Annuity | A | Interest | J | T | | | | | |
| 31. Pruco Life Ins. Co. Prudential Premier RetirementX, Var Ann | A | Int./Div. | N | T | | | | | |
| 32. --------AST Academic Strategies Asset Allocation Portfolio | | | | | | | | | |
| 33. -------AST Black Rock/Loomis Sayles Bond Portfolio | | | | | | | | | |
| 34. --------AST Loomis Sayles Large-Cap Growth Portfolio | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 8/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -------AST QMA US Equity Alpha | | | | | | | | | |
| 36. -------AST T. Rowe Price Natural Resources | | | | | | | | | |
| 37. College Savings Plan (Header) | | | | | | | | | |
| 38. --Scholars Edge 529 Plan | A | Int./Div. | L | T | | | | | |
| 39. ----------Ages 18 and Over Portfolio | | | | | | | | | |
| 40. ----------Dreyfus Research Growth Portfolio | | | | | | | | | |
| 41. ----------International Equity Portfolio A | | | | | | | | | |
| 42. ----------Aggressive Portfolio A | | | | | | | | | |
| 43. ----------Moderately Aggressive Portfolio A | | | | | | | | | |
| 44. ----------Value Portfolio A | | | | | | | | | |
| 45. ---MPACT (MS College Savings Plan) | | None | | | | | | | |
| 46. United States Savings Bond | A | Interest | J | T | | | | | |
| 47. Stifel Nicolaus, Money Market Acct | A | Interest | L | T | | | | | |
| 48. First Commercial Bank, Money Market Acct (X) | A | Interest | K | T | | | | | |
| 49. Rental Property, Jackson MS (12/05/2014) | C | Rent | | | Sold | 08/21/15 | K | A | J. Brad Pigott |
| 50. Mass Mutual Life Ins. (Whole Life) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 8/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

10.  Kraft Foods Group Inc merged with Heinz to form Kraft Heinz (KHC) effective 7/6/2015. Previous reports reflected ownership of Kraft.

11.  Kraft Heinz (KHC) appears here after the merger between Kraft Foods Group (immediately above) and HJ Heinz Co. The effective date of the merger was 7/6/2015.

44.  MPACT is the Mississippi Prepaid Affordable College Tuition Plan, Mississippi's prepaid tuition plan that prepays the cost of tuition and mandatory fees and protects against the future rise in college tuition. It is a 529 plan that is guranteed by the State of Mississippi.

47.  First Commercial Bank appears here becase the money market account became reportable.

48.  On August 21, 2015, I sold my interest in North Congress Properties to one of my former partners (See Part VII, Line 48).

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlton W. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544